# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Sotomayor, Sonia | **2. Court or Organization**<br><br>Supreme Court of the United States | **3. Date of Report**<br><br>6/1/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>1 First Street, NE<br>Washington, DC 20543 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Governing Director | iCivics |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 6/1/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/8/2019 | Society of Children's Book Writers and Illustrators, a not for profit organization (Donation) | $2,000.00 |
| 2. 4/30/2019 | Neighbors Club of Arlington, a not for profit organization (Donation) | $2,000.00 |
| 3. 5/16/2019 | Penguin Random House, LLC (book royalties) | $10,947.53 |
| 4. 11/20/2019 | Penguin Random House, LLC (book royalties) | $10,586.11 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Supreme Court Historical Society | 1/21-1/24/2019 | San Juan & Humacao, Puerto Rico | Participation in panel with women judges in Puerto Rico and Q&A with college students | Lodging and Meals |
| 2. | Penguin Random House, LLC | 1/21-1/24/2019 | San Juan & Humacao, Puerto Rico | Participation in book events including the events in Item 1 | Transportation |
| 3. | Manhattan College | 5/16-5/19/2019 | New York, NY | Commencement Speech | Transportation and Meals |
| 4. | Penguin Random House, LLC | 5/30-5/31/2019 | New York, NY | Participation in New York Book Expo | Transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Sotomayor, Sonia** | 6/1/2020 |

| 5. | Penguin Random House, LLC | 6/8-6//9/2019 | New York, NY | Participation in Bronx Book Festival | Transportation |
| --- | --- | --- | --- | --- | --- |
| 6. | Office of the District Attorney, New York County | 6/17-6/18/2019 | New York, NY | Remarks at birthday celebration for Robert Morgenthau | Transportation and Meal |
| 7. | New York University | 7/3-7/19/2019 | Lisbon, Portugal | Participation in New York University Law Leadership Conference | Transportation, Lodging and Meals |
| 8. | Mississippi Book Festival | 8/14-8/17/2019 | Jackson, Mississippi | Attended events at MS Book Festival and met with Federal judges and law clerks | Transportation, Lodging and Meals |
| 9. | Penguin Random House, LLC | 8/31-9/1/2019 | Decatur, GA | Participation in Atlanta Journal Constitution Decatur Book Festival | Transportation, Lodging and Meals |
| 10. | Penguin Random House, LLC | 9/4-9/9/2019 | Cincinnati, OH; Los Angeles, CA; Oakland, CA; Portland, OR; and Albuquerque, NM | Participation in various book related events | Transportation, Lodging and Meals |
| 11. | Penguin Random House, LLC | 9/11-9/12/2019 | Chicago, IL | Conversation with students sponsored by Women and Children First Bookstore | Transportation, Lodging and Meals |
| 12. | Tufts University | 9/12-9/13/2019 | Boston, MA | Participation in question and answer session with students | Transportation, Lodging and Meals |
| 13. | Women's National Hall of Fame | 9/13-9/17/2019 | Seneca Falls, NY | Attendance at installation as a member | Transportation, Lodging and Meals |
| 14. | Penguin Random House, LLC | 9/13-9/17/2019 | Seneca Falls, NY | Participation in book event including Women's National Hall of Fame | Transportation |
| 15. | Yale University | 10/18 - 10/20/2019 | New Haven, CT | Attended unveiling of portrait and met with dean and alumni, and law school students | Transportation, Lodging and Meals |
| 16. | Penguin Random House, LLC | 10/18/2019 | Meriden, CT | Conversation with students at Maloney High School | Transportation |
| 17. | Penguin Random House, LLC | 10/25-10/26/2019 | New Orleans, LA | Conversation with participants at American Association of Pediatrics Conference | Transportation, Lodging and Meals |
| 18. | Penguin Random House, LLC | 10/26-10/29/2019 | Austin, TX | Participation at Texas Book Festival | Transportation, Lodging and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 6/1/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.  Grateful American Foundation | Grateful American Book Prize (donation to iCivics, a not for profit organization) | $13,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.  JP Morgan Chase, NA | Mortgage on Rental Property #1, New York, New York (Pt. VII, Line 7) | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 6/1/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Citibank, N.A. Accounts | A | Interest | M | T | | | | | |
| 2.   Morgan Stanley Bank, NA | A | Interest | J | T | | | | | |
| 3.   Morgan Stanley Bank, NA (IRA) | A | Interest | K | T | | | | | |
| 4.   Morgan Stanley Domestic Holdings, Inc. (IRA) (H) | | | | | | | | | |
| 5.   -Blackrock GLB Allocation FD Class A (IRA) | A | Dividend | L | T | | | | | |
| 6.   -Pimco Unconstrained BDA (IRA) | B | Dividend | L | T | | | | | |
| 7.   Rental Property #1, New York, NY Appraised 2012 | D | Rent | P1 | Q | | | | | |
| 8.   Morgan Stanley Domestic Holdings, Inc. (H) | | | | | | | | | |
| 9.   -Ishares Core MSCI EAFE ETF | B | Dividend | L | T | | | | | |
| 10. | | | | | Sold (part) | 04/18/19 | J | A | |
| 11.   -Ishares Core MSCI Emerging | A | Dividend | K | T | | | | | |
| 12. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 13. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 14.   -Ishares Russell 1000 GRW ETF | A | Dividend | K | T | | | | | |
| 15. | | | | | Sold (part) | 12/12/19 | J | A | |
| 16.   -Ishares Russell 1000 Value ETF | A | Dividend | K | T | | | | | |
| 17. | | | | | Sold (part) | 04/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 6/1/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  -Ishares Russell MIDCAP G ETF | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 19.  -Ishares Russell MIDCAP V ETF | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 20.  -Ishares Tips Bond ETF | A | Dividend | K | T | | | | | |
| 21.  -PIMCO Enhanced SHRT MTRT EXC | B | Dividend | L | T | | | | | |
| 22. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 23. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 24.  -SPDR Nuveen BBG Bar SHRT Term | B | Dividend | L | T | | | | | |
| 25.  -SPDR Nuveen BBG Barclays MUN B | B | Dividend | L | T | | | | | |
| 26. | | | | | Sold (part) | 12/12/19 | J | A | |
| 27.  -Ishares Inc MSCI Japan (ETF) | A | Dividend | J | T | Buy (add'l) | 03/27/19 | J | | |
| 28. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 29.  -Invesco National AMT - Free Muni (PZA) | A | Dividend | K | T | Buy | 04/18/19 | J | | |
| 30. | | | | | Buy (add'l) | 12/31/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 6/1/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III - A - Items 1 and 2 - Donations of $2,000 were made by each organization on my behalf to a qualified charitable organization in lieu of an honorarium, pursuant to Section 1020.30(c) of the Judicial Conference Regulations.

Part III - A - Items 3 and 4 - Publisher's royalties for Turning Pages. Dates provided are dates of checks forwarded by literary agent in amounts net of agent's commissions. Penguin Random House, LLC has advised me that it disbursed a total of $6,923.99 to promote the sale of books of mine that it published, in additional to royalties it paid.

Part IV - Item 7 - In conjunction with my participation in the identified event, I extended my stay at my own expense for a private vacation in Portugal.

Part IV - Item 8 - In conjunction with my meeting with public school students, the McMullan Foundation purchased various copies of my books, which were distributed to the students.

Part V - Item - 1 - I was awarded the Grateful American Book Prize by the Grateful American Foundation on October 17, 2019. In lieu of accepting the prize, I directed that the prize be donated by the Foundation to a qualified charitable organization. Attached hereto is a copy of a letter from the foundation confirming that the proceeds had been distributed to the charitable organization.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sonia Sotomayor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# THE GRATEFUL AMERICAN FOUNDATION, INC.
## David Bruce Smith, President
### 1101 17th Street, NW  #605
### Washington, DC  20036

April 30, 2020

Anh Le
Assistant to Justice Sonia Sotomayor
Supreme Court of the United States
1 First Street, NE
Washington, DC  20543

Dear Ms. Le,

In October 2019, Justice Sonia Sotomayor was awarded The Grateful American Foundation Book Prize.  The entire $13,000 associated with it was donated to iCivics.

Please let me know if you need anything further.

Sincerely,

Barbara Pritchyk
Assistant to David Bruce Smith
The Grateful American Foundation, Inc.